UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 12, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Ronald Roberson, et al., | § | |
| | § | |
| *versus* | § | Civil Action 4:16−cv−01937 |
| | § | |
| New Richfountain Properties, Inc., et al. | § | |

## Order Setting Conference

1. A pre−trial conference will be held on:

   October 31, 2016
   at 10:00 AM in
   Judge Hughes's Chambers
   United States Court House
   515 Rusk Avenue, Room 11122
   Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

   Signed on October 12, 2016, at Houston, Texas.

   _____
   Lynn N. Hughes   USDJ
   United States District Judge