| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

Ronald Roberson, *et al.*, §
§
    Plaintiffs, §
§
*versus* §     Civil Action H-16-1937
§
New Richfountain Properties, Inc., *et al.*, §
§
    Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by November 28, 2016.

2. This court retains jurisdiction to enforce the settlement.

3. The October 31, 2016, conference is cancelled.

Signed on October 28, 2016, at Houston, Texas.

                                        Lynn N. Hughes
                                   United States District Judge